JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NEEV, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALCON LENSX, INC.,<br>a Delaware corporation.<br><br>Defendant. | Case No. 8:15-cv-01538-JVS-JCGx<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. James V. Selna<br>Ctrm: 10C |
| AND RELATED COUNTERCLAIMS | |

| 1 | This matter comes before the Court on the Parties' Joint Stipulated Dismissal |
|---|---|
| 2 | and Request for Entry of Judgment.  Upon consideration of said Stipulation, the |
| 3 | Court's June 30, 2017, Order on Summary Judgment, and the record in this case, it |
| 4 | is hereby ORDERED, ADJUDGED, and DECREED that: |

(1) Alcon LenSx, Inc.'s counterclaims for declaratory judgment of unenforceability of U.S. Patent No. 8,523,926 and declaratory judgment of invalidity of U.S. Patent No. 8,523,926 are dismissed without prejudice;

(2)  judgment is entered fully in favor of Alcon LenSx, Inc., and against Dr. Neev, as to Alcon LenSx, Inc.'s counterclaim for declaratory judgment of non-infringement of the U.S. Patent No. 8,523,926;

(3) judgment is entered fully in favor of Alcon LenSx, Inc., and against Dr. Neev, as to Dr. Neev's claim for infringement of the U.S. Patent No. 8,523,926; and that

(4) Dr. Neev take nothing as to his claims against Alcon LenSx, Inc.

Dated:  October 25, 2017		By: _____
		Honorable James V. Selna
		United States District Judge